## Joseph P. Rogers and La Verne Rogers, Appellants, v. Genevieve Trudzinski et al., Appellees.

### Gen. No. 43,519.

opinion filed May 29, 1946; released for publication July 2, 1946. James B. Hood and William C. Scherwat, for appellants; George A. Gordon, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.